**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**WILLIAM MORRIS,**

     **Petitioner,**

  **V.**             **03-CV-1428**

**GEORGE DUNCAN,**

     **Respondent.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**

**DECISION & ORDER**

This _pro se_ petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 was

referred to the Hon. Victor Bianchini, United States Magistrate Judge, for a Report and

Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.4.

No objections to the Report and Recommendation and Order dated August 13,

2007 have been filed.[1]  After examining the record, this Court has determined that the

Report and Recommendation is not subject to attack for plain error or manifest injustice.

Accordingly, this Court adopts the Report and Recommendation for the reasons stated

_____

[1]The Court notes that Report and Recommendation was sent by the Court Clerk to Petitioner's last know address at 88 Elizabeth Street, Albany, New York.  Petitioner had until August 27, 2007 to file objections.  See dkt. entry # 26.  On September 11, 2007, the Court received a request from Petitioner dated August 29, 2007 noting that he had received the Report and Recommendation and seeking an extension to file his objections.  See doc. # 27.  The requested was denied because Petitioner failed to offer any reasons why he did not request the extension within the applicable time period to file objections, as required by Fed. R. Civ. P. 6(b)(2).  Id.  The denial of the extension was also mailed to Petitioner's Albany address and was returned to Court as undeliverable. Petitioner's failure to keep the Court informed of his current address is a violation of Local Rule 10.1(b) and serves as an independent  basis to dismiss the action pursuant to Local Rule 41.2(b).

1

therein.

It is therefore

**ORDERED** that the petition for a writ of habeas corpus is **DENIED** and

**DISMISSED.** Further, the Court finds there is no substantial question presented for

appellate review, and, therefore, a certificate of appealability is **DENIED**.

**IT IS SO ORDERED.**

Dated:September 25, 2007

Thomas J. McAvoy
Senior, U.S. District Judge